[No. 12132-1-III.    Division Three.    February 10, 1994.]

LANDRETH CONSTRUCTION, INC., *Appellant*, v. WILLIAM McGUIRE TAVENNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-2-03964-4, Fred L. Stewart, J., entered

December 4, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.